IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MCKINSEY & COMPANY, INC.,

                         Plaintiff,          PRELIMINARY INJUNCTION

v.

                                            22-cv-155-wmc

CHRISTOPHER BOYD,
NATHAN GORDON,
STEPHANIE DEFOE-HASKINS,
LAURA GORDON, STEVEN
BOYD, BRYAN BAINBRIDGE,
VINCENT BRESETTE, NICHOLAS
DEPERRY, and CHRISTOPHER
HICKS, in their official capacities
as Tribal Council of the Red Cliff Band
of Lake Superior Chippewa Indians, and
HENRY M. BUFFALO, in his official
capacity as Chief Judge of the Red Cliff
Tribal Court,

                         Defendants.

      As is required by the Seventh Circuit, the court issues this preliminary injunction order to set forth its prior orders in this separate document.

      IT IS ORDERED that defendants are ENJOINED from proceeding with or taking any steps in furtherance of the action in Red Cliff Tribal Court, Case No. 22-CV-02, until the final completion of this lawsuit.

      Entered this 6th day of June, 2022.

                                                   BY THE COURT:

                                                   WILLIAM M. CONLEY
                                                   District Judge